## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)  CODY REID LUNSFORD, | ) | |
|         Petitioner, | ) | |
| | ) | |
| -vs- | ) | CIV-25-276-D |
| | ) | |
| (1)  MARGARET GREEN, WARDEN | ) | |
|         Respondent. | ) | |

### NOTICE OF APPEAL

Petitioner, CODY REID LUNSFORD, hereby gives Notice of Appeal to the United States Court of Appeals for the Tenth Circuit from the District Court's Order Adopting the Report and Recommendation and denying a Certificate of Appealability entered in this action on the 11th day of February 2026.

Dated this 26th day of February 2026.

Respectfully submitted,

/s/ DEBRA K. HAMPTON
DEBRA K. HAMPTON, OBA # 13621
Hampton Law Office, PLLC
3126 S. Blvd., # 304
Edmond, OK 73013
Tel: (405) 250-0966
Fax: (405) 896-4259
debbie@hamptonlaw.net
Attorney for Petitioner

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February 2026. I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Office of the Attorney General
e-mail: fhc.docket@oag.state.ok.us

/s/ DEBRA K. HAMPTON
DEBRA K. HAMPTON